JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT
9/10/14
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RACZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>WILLIAM KNIPP, Warden,<br><br>　　　　Respondent. | Case No. CV 12-8270-JVS (RNB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

　　IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: September 9, 2014

　　　　　　　　　　　　　　　　　　　　*/s/ James V. Selna*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1